**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-20207-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**KENYATTA AYAH SEARS**,

      Defendant.

_____/

## **ORDER**

THIS CAUSE came before the Court on Magistrate Judge Melissa Damian's Report and Recommendation on Change of Plea, entered on September 20, 2023 [ECF No. 68].   To date, no party has filed an objection.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 68]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Melissa Damian